

**In The**
**Court of Appeals**
**Sixth Appellate District of Texas at Texarkana**

————————————————

No. 06-10-00078-CV

————————————————

KRISTI PIERCE, Appellant

V.

PELTIER CHEVROLET, INC., Appellee

On Appeal from the County Court at Law No. 3
Smith County, Texas
Trial Court No. 57,714-B

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Chief Justice Morriss

MEMORANDUM OPINION

Kristi Pierce, the sole appellant in this case, has filed a motion seeking to dismiss her appeal.[1]  Pursuant to Rule 42.1 of the Texas Rules of Appellate Procedure, her motion is granted. TEX. R. APP. P. 42.1.

We dismiss the appeal.


Josh R. Morriss, III
Chief Justice

Date Submitted:     August 10, 2010
Date Decided:       August 11, 2010

---

[1]Originally appealed to the Twelfth Court of Appeals, this case was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.   *See* TEX. GOV'T CODE ANN. § 73.001 (Vernon 2005).